```
                                                              FILED
                                                          February 1, 2013
             UNITED STATES DISTRICT COURT FOR THE        CLERK, US DISTRICT COURT
                                                          EASTERN DISTRICT OF
                   EASTERN DISTRICT OF CALIFORNIA              CALIFORNIA
                                                              DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
) Case No. 2:13-mj-00030-EFB
        Plaintiff, )
v. )
) ORDER FOR RELEASE OF
QINGHONG LI, ) PERSON IN CUSTODY
)
        Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release QINGHONG LI, Case No. 2:13-mj-00030-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $50,000.00

    _X_ Unsecured Appearance Bond

    ____ Secured Appearance Bond

    _X_ (Other) Conditions as stated on the record.

    ____ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 2/1/2013 at 3:57 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge