JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
DOUGLAS BEEVERS, Bar #288639
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
QINGHONG LI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  2:13-cr-0050 KJM |
| ) | |
| Plaintiff, ) | **AMENDED**STIPULATION AND ORDER TO |
| ) | MODIFY CONDITIONS |
| v. ) | OF PRETRIAL RELEASE |
| ) | |
| QINGHONG LI, ) | |
| ) | Date:  N.A. |
| ) | Time:  N.A |
| Defendant. ) | Judge: Hon. Kendall J. Newman |
| ) | |
| _____ ) | |

    The United States by and through AUSA Olusere Olowuyeye, and defendant, QINGHONG LI, by and through her attorney Douglas Beevers, Assistant Federal Defender, hereby stipulate the Court modify the release conditions for the defendant to permit pretrial services to remove electronic monitoring. As grounds for this motion, the defendant and the United States state that the defendant has turned in her passport, and the defendant has been fully compliant and forthcoming with her conditions of release. U.S. Pretrial Service Officer Renee Basurto has no objections to the proposed modifications to the conditions which were originally imposed by the Honorable Edmund F. Brennan on February 1, 2013 and February 18, 2013.

Dated: May 1, 2013                              Respectfully submitted,

                                                JOSEPH SCHLESINGER
                                                Acting Federal Defender

                                                /s/ Douglas Beevers
                                                DOUGLAS BEEVERS
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                QINGHONG LI


Dated: May 1, 2013                              BENJAMIN B. WAGNER
                                                United States Attorney


                                                /s/ Olusere Olowoyeye
                                                OLUSERE OLOWOYEYE
                                                Assistant United States Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of the above parties, it is ordered that the pretrial release conditions for QINGHONG LI be modified to permit pretrial services to remove electronic monitoring.

Dated: May 1, 2013


_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE