# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

Honorable Kimberly J. Mueller  **RE:** **Qinghong Li**
United States District Judge  **Docket Number: 0972 2:13CR00050-003**
Sacramento, California  **PERMISSION TO TRAVEL**
 **OUTSIDE THE COUNTRY**

Your Honor:

Qinghong Li is requesting permission to travel to Guangdong, China. Qinghong Li has been compliant with all conditions of supervision, and he has satisfied his financial obligations to the Court. As such, the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On October 28, 2015, Qinghong Li was convicted of the offenses of 21 U.S.C. § 846 and 841(a)(1) - Conspiracy to Manufacture Marijuana, and 21 U.S.C. § 841(a)(1) -Manufacture of Marijuana.

**Sentence Imposed:** Twelve months and 1 day prison to each count, to be served concurrently, followed by 36 months of supervised release for each count, to be served concurrently, and $200 special assessment

**Dates and Mode of Travel:** August 15, 2017, to September 5, 2017, by aircraft.

*Purpose:* To visit her mother Bao Qiong Li, located in Guangdong, China.

**RE:   Qinghong Li**
       **Docket Number:  0972 2:13CR00050-003**
       <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

*/s/ Lisa S. Hage*

Lisa S. Hage
United States Probation Officer

Dated:   August 2, 2017
         Elk Grove, California

**REVIEWED BY:**     /s/ *Brenda Barron-Harrell*
                    **Brenda Barron-Harrell**
                    **Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

DATED:  August 3, 2017

_____
UNITED STATES DISTRICT JUDGE